UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 6:22-cv-01938-RBD-LHP

HOWARD COHAN,

      Plaintiff,

vs.


CP ORLANDO LAKESIDE, LLC
a Foreign Limited Liability Company
d/b/a MARRIOTT ORLANDO LAKESIDE AIRPORT

      Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CP ORLANDO LAKESIDE, LLC, a Foreign Limited Liability Company, d/b/a MARRIOTT ORLANDO LAKESIDE AIRPORT, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

      RESPECTFULLY SUBMITTED December 23, 2022.

| | |
|---|---|
| By: **/s/ Gregory S. Sconzo** | **By: /s/ George M. Vinci, Jr.** |
| Gregory S. Sconzo, Esq. | George M. Vinci, Jr., Esq. |
| Florida Bar No.: 0105553 | Florida Bar No.: 817201 |
| Sconzo Law Office, P.A. | Spector, Gadon & Rosen, LLP |
| 3825 PGA Boulevard, Suite 207 | 60 Central Avenue, Suite 1550 |
| Palm Beach Gardens, FL 33410 | St. Petersburg, FL 33701 |
| Telephone: (561) 729-0940 | Email: givnci@lawsgr.com |
| Facsimile: (561) 491-9459 | Telephone: (727) 896-4600 |

Email: greg@sconzolawoffice.com          Facsimile: (727) 896-4604
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 23, 2022, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action

via transmission of Notices of Electronic Filing generated by CM/ECF.

**/s/ Gregory S. Sconzo**
**Gregory S. Sconzo, Esq.**

2